

**MEMO ENDORSED**

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Acting Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **AMANDA ROLON**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2356<br>fax: (212) 356-3509<br>mobile: (646) 951-3806<br>email: arolon@law.nyc.gov |

July 29, 2021

<u>**VIA ECF**</u>
Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      *Re*:    <u>Wellington Da Mata v. City of New York, et al.</u>, 21 Civ. 155 (KPF)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Acting Corporation Counsel of the City of New York, and the attorney representing defendant City of New York in the above-referenced matter. The parties write jointly in accordance with Your Honor's Individual Rules to respectfully submit a proposed case management plan. Further, the parties are also seeking an adjournment of the initial conference, *sine die*, in light of the parties mutually agreed upon case management plan with no specific issues either party wishes to raise with the Court at this time.

      The parties jointly thank the Court for its time and consideration of this request.

                                    Respectfully submitted,
                                    /s/  *Amanda Rolon*
                                  Assistant Corporation Counsel
                                  Special Federal Litigation Division

cc: **VIA ECF**
Sameer Nath, Esq.
Michael Kevin Pinkard, Esq.
SIM & DEPAOLA, L.L.P.
42-40 Bell Blvd., Suite 201
Bayside, NY 11361
*Attorneys for Plaintiff*

The Court understands that the parties wish to adjourn the initial pretrial conference pursuant to the Court's Individual Rule of Practice in Civil Cases 3.B.  That application is GRANTED.  The initial pretrial conference currently scheduled for August 3, 2021 is hereby ADJOURNED *sine die*.  The parties are ORDERED to appear for a pretrial conference on **February 8, 2022 at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Court will endorse the parties' proposed case management plan under separate cover.  Given the extended discovery period proposed by the parties in their proposed case management plan, the Court does not contemplate granting any extensions of these deadlines.

Date:     July 29, 2021          SO ORDERED.
          New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

2