UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WELLINGTON DA MATA,

                Plaintiff,

              -v.-

CITY OF NEW YORK, TERRANCE WILLIAMS, and JOHN or JANE DOE 1-10,

                Defendants.

21 Civ. 155 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

      As discussed on the record during the conference held on February 4, 2022, Plaintiff's response, if any, to Defendant's letter motion of February 3, 2022, concerning an extension of the fact discovery period (Dkt. #24), shall be due on or before February 8, 2022. Accordingly, the pretrial conference currently scheduled in this matter for February 8, 2022, is hereby ADJOURNED *sine die*.

      SO ORDERED.

Dated:  February 4, 2022
           New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge