

**THE CITY OF NEW YORK**

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**WILLIAM T. GOSLING**
*Assistant Corporation Counsel*
Tel.: (212) 356-2384
wgosling@law.nyc.gov

May 26, 2022

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



Re:   Wellington Da Mata v. City of New York, *et al*.,
      21-CV-155 (KPF) (KNF)

Your Honor:

  I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of Defendants the City of New York and Detective Williams (hereinafter "Defendants.") Defendants write to respectfully request a brief extension of time, 21-days, for defendants to file their motion for summary judgment and a corresponding extension of time for the subsequent deadlines currently set by the Court. *See* Civil Docket Entry dated May 3, 2022. The undersigned was recently assigned to handle a civil trial which is set to begin on June 8, 2022[1]. Plaintiff counsel consents to this request and consents to the updated proposed briefing schedule set forth below. The proposed updated briefing schedule is as follows:

- Defendants' Motion for Summary Judgment is due by July 1, 2022;
- Plaintiff's Opposition, if any, is due by August 5, 2022;
- The Reply, if any, is due by August 19, 2022.

  In light of the upcoming civil trial, defendants respectfully request that the Court grant a brief enlargement of time to the current briefing schedule for defendants' anticipated motion for summary judgment as well as a corresponding extension of the subsequent deadlines, the Opposition and Reply.

---

[1] Shaun Young v. Police Officer Cabrera, et al., No. 18-CV-3028 (E.D.N.Y.). See Civil Docket Entry dated November 18, 2021.

1

Thank you for your time and attention to this matter.

                                              Respectfully submitted,

                                              /s/ *William T. Gosling*
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

<u>VIA ECF:</u> *All counsel of record*

```
Application GRANTED.  The parties shall adhere to the above-specified
briefing schedule for Defendants' motion for summary judgment.

The Clerk of Court is directed to terminate the pending motions at docket
entries 37 and 38.

Dated:     May 27, 2022                          SO ORDERED.
           New York, New York
```

                                                                            HON. KATHERINE POLK FAILLA
                                                                            UNITED STATES DISTRICT JUDGE