**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WELLINGTON DA MATA,

                Plaintiff,

-against-                                          21 **CIVIL** 155 (KPF)

## JUDGMENT

CITY OF NEW YORK, TERRANCE WILLIAMS,
and JOHN OR JANE DOE 1-10,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 5, 2023, Defendants' motion for summary judgment is GRANTED as to all of Plaintiff's claims; accordingly, the case is closed.

**Dated:**  New York, New York

      January 6, 2023

                                                              **RUBY J. KRAJICK**

                                                               _____
                                                                **Clerk of Court**

                                        **BY:**     _K. Mango_

                                                                **Deputy Clerk**